**Dismissed and Memorandum Opinion filed May 23, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00402-CR
### NO. 14-13-00403-CR

---

### CHARLES RAY ANDRUS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 981453 and 982427**

---

### M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offenses of burglary of a habitation with intent to commit theft and robbery. In each case, in accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on July 23, 2004, to confinement for thirty-five years in the Institutional Division of the Texas Department of Criminal Justice. The sentences were ordered to run

concurrently. No timely motion for new trial was filed in either case. In each case, appellant's notice of appeal was not filed until May 1, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeals are ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).